JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation;<br><br>Plaintiff,<br>v.<br><br>MACRO-Z-TECHNOLOGY COMPANY, INC., a California corporation; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. CV 17-936-GW(FFMx)<br><br>**ORDER DISMISSING ACTION** |

Plaintiffs TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT and defendant MACRO-Z-TECHNOLOGY COMPANY, INC.'s stipulation to dismiss this action, with prejudice, was submitted to the Court on September 24, 2018. The stipulation is hereby approved, and this action is dismissed with prejudice.

DATE: September 24, 2018

_____
GEORGE H. WU, U.S. DISTRICT JUDGE